**FILED**

03/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0040

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| THOMAS KONESKY,<br><br>     Appellant,<br><br>vs.<br><br>KEVIN KELLER; KAREN REIFF;<br>CHURCH, HARRIS, JOHNSON &<br>WILLIAMS, P.C.,<br><br>     Appellees | Supreme Court Cause No. DA 21-0040<br><br><br>ORDER GRANTING APPELLEE'S<br>MOTION FOR EXTENSION OF<br>TIME TO FILE ANSWER BRIEF |

Pursuant to the authority granted under Rule 26(1), M.R.App.P., Appellee is granted its first thirty-day extension of time through and including **May 10, 2021**, within which to file Appellee's Answer Brief.

ELECTRONICALL SIGNED and DATED as indicated below.

ORDER         Page **1** of **1**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 26 2021